UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

EXPORT DEVELOPMENT CANADA,

                              Plaintiff,
     vs                                           6:08-CV-1000

VINCENT AMATO; PIONEER WINDOW MFG.
CORP; PIONEER WINDOW HOLDINGS, INC.;
PIONEER WINDOWS, INC.; VJA
MANUFACTURING, INC.; and JOHN DOES
1 THROUGH 10,
                              Defendants.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

PIONEER WINDOW MFG. CORP. and
PIONEER WINDOWS, INC.,
                              Third-Party Plaintiffs,
     vs

TRULITE INDUSTRIES, LTD. and
GEORGE A. FULLER COMPANY, INC.,

                              Third-Party Defendants.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:                             OF COUNSEL:

SHEATS & ASSOCIATES, P.C.           EDWARD J. SHEATS, ESQ.
Attorneys for Plaintiffs and
   Third-party Defendant Trulite Industries, Ltd.
PO Box 820
9650 Brewerton Road
Brewerton, NY 13029

CHARLES R. PIERCE, JR., ESQ.
Attorneys for Defendants Vincent Amato,
   Pioneer Window Mfg. Corp.,
   Pioneer Window Holdings, Inc.,
   Pioneer Windows Inc. and VJA Manufacturing, Inc.
64 East main Street
Huntington, NY 11743

DelBELLO DONNELLAN WEINGARTEN
  WISE & WIEDERKEHR, LLP          PATRICK M. REILLY, ESQ.
Attorneys for Third-Party Defendant,
   George A. Fuller Company, Inc.
The Gateway Building
One North Lexington Avenue
White Plains, NY 10601

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 9, 2009, in Utica, New York, it is hereby

ORDERED that

1. Third-party defendant George A. Fuller Company, Inc.'s motion to dismiss is GRANTED and the claims as against George A. Fuller Company, Inc, are DISMISSED.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 9, 2009
       Utica, New York.